ACCEPTED
06-14-00053-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/11/2015 4:53:20 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/11/2015 4:53:20 PM

DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| ANTHONY DAVID TEAGUE, APPELLANT | § § § | |
| V. | § § | No. 06-14-00053-CR |
| THE STATE OF TEXAS, APPELLEE | § § § | |

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

COMES NOW, The State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rule of Appellate Procedure 38.6(d), this second motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

### I.

The Court below is the 219th District Court Judicial District Court of Collin County. The style and number of this case in the court below is The State of Texas v. Anthony David Teague, 366-82919-2013.

### II.

Appellant was convicted of stalking and sentenced to 20 years' confinement.

1

III.

The State's brief is due on February 11, 2015. The State request that it be granted an extension until March 13, 2015. The State has previously requested one extension of time in these cases.

IV.

The case is not yet set for submission.

V.

Counsel has substantial day to day management duties as chief of the appellate division of the Collin County District Attorney's Office. These include trial support for ongoing prosecutions, legal advice to the elected district attorney, and representing the State in various hearings in the Collin County trial courts, as well as editing and reviewing work product produced by the four attorneys under counsel's supervision.

Since the State requested its initial extension on January 28, 2015, counsel has engaged in the following matters:

I filed the State's briefs in *Joe Polanco v. State,* Nos. 05-14-00212-CR & 05-14-00213-CR on January 30, 2015.

I filed a writ response in *Ex parte Samuel Wade Dooley*, No. W401-81397-00-HC on January 29, 2015.

I filed responses to petitions for non-disclosure in the following cases:

| Defendant | Cause Number | Answer Filed |
|-----------|--------------|--------------|
| Moore | 002-00267-2015 | 2/3/2015 |
| Moosa | 001-00263-2015 | 2/3/2015 |

| | | |
|---|---|---|
| Hexamer | 416-00375-2015 | 2/3/2015 |
| Hong | 001-00220-2015 | 2/3/2015 |
| Dal-Bello | 002-00217-2015 | 2/3/2015 |
| Punyamurthy | 002-00221-2015 | 2/3/2015 |
| Shilleh | 006-00216-2015 | 2/3/2015 |
| Dudley | 004-00180-2015 | 2/3/2015 |
| Parrack | 005-00183-2015 | 2/3/2015 |
| Williams | 003-00332-2015 | 2/7/2015 |
| Hornaday | 001-00302-2015 | 2/7/2015 |
| Fife | 366-00437-2015 | 2/7/2015 |
| White | 003-00283-2015 | 2/7/2015 |
| Taiwo | 001-00195-2015 | 2/7/2015 |
| Bearce-Bellow | 219-00190-2015 | 2/7/2015 |

Counsel was involved in a hearing regarding possible jury misconduct and a charging conference on February 2, 2015, in a capital murder case where the State waived the death penalty, *Melinda Muniz v. State*, No. 401-80836-2014.

Counsel is required to appear before the 422nd District Court in Kaufman County on February 24-25 for a motion for new trial hearing in *Eric Lyle Williams v. State*, No. 32022-422, a death penalty case in which counsel is acting as a special prosecutor appointed by that Court.

VI.

Appellant received four extensions of time to file his brief totaling approximately 96 days.

V.

Counsel has conferred with Appellant's counsel, Shawn Ismail, via electronic mail regarding this motion. Mr. Ismail stated that he has no objection to the State's motion.

3

WHEREFORE, premises considered, the State respectfully requests that the court grant an extension of time for the State to file its brief until March 13, 2015.

Respectfully submitted,

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.
Assistant District Attorney
State Bar No. 00791565
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860

## CERTIFICATE OF SERVICE

A true copy of this First Motion for Extension of Time to File the State's Brief was served on counsel for Appellant, Shawn Ismail, at shawnismail@gmail.com, on February 11, 2015.

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.